# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:14-CV-107-RLV-DCK

| | |
|---|---|
| T&M INDUSTRIES PTY LTD., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| C.R. ONSRUD, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Pending Private Arbitration" (Document No. 11) filed August 8, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Pending Private Arbitration" (Document No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file jointly, if possible, status reports every **ninety (90) days** until the case is closed.

**SO ORDERED**.

Signed: August 11, 2014

David C. Keesler
United States Magistrate Judge